In the Matter of the Claim of FRANK PRISCO, Respondent, against PASQUALE GUILIANO, Defendant, and CONTINENTAL CASUALTY COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued March 1, 1938; decided March 15, 1938.

*Joseph F. Hanley* and *John H. Munley* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

*Victor D. Borst, Jr.,* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.